# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D2025-1920
Lower Tribunal No. 2024-SC-011621

————————————————

AUGUST ROSE ISAACS,

Appellant,

v.

PELAGIC POOLS, INC.,

Appellee.

————————————————

Appeal from the County Court for Polk County.
David E. Stamey, Jr., Judge.

May 8, 2026

PER CURIAM

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

NARDELLA, SMITH and MIZE, JJ., concur.

August Rose Isaacs, Winter Haven, pro se.

Stephen Senn, of Peterson & Myers, P.A., Lakeland, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED